**Order entered October 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00789-CV

### DORIS A. HOUSTON, Appellant

### V.

### CITY OF DALLAS, SELF INSURED, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05515-2017**

## ORDER

Before the Court is appellant's October 17, 2018 second motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 19, 2018. We caution appellant that further extension requests will be disfavored.

/s/    DAVID EVANS
        JUSTICE